**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Louis WEST, Appellee.**

Supreme Court of Pennsylvania.

Submitted Dec. 8, 2003.
Decided Feb. 7, 2005.

### ORDER

PER CURIAM.

Appeal dismissed as having been Improvidently Granted.

Justice NIGRO dissents.